HAINES, Respondent, v. THOMPSON et al., Appellants.

(City Court of New York, General Term.  December 8, 1893.)

Action by Annie Haines against Denman Thompson and George W. Ryer. Argued before EHRLICH, C. J., and McCARTHY, J.

Browne & Sheehan, for appellants.
Dittenhoefer, Gerber & James, for respondent.

McCARTHY, J.  We have examined the evidence very carefully, and find no errors.  It involved a question of fact, which was properly and fairly presented to the jury by the trial justice.  The jury found for the plaintiff, and there was sufficient evidence upon which to base their verdict.  Judgment should therefore be affirmed, with costs.

---

HASSETT, Respondent, v. McARDLE et al., Appellants.

(City Court of New York, General Term.  December 8, 1893.)

Action by Michael Hassett against Patrick J. McArdle, impleaded, etc. Argued before EHRLICH, C. J., and NEWBURGER, J.

Cardozo Bros., for appellants.
Hyland & Zabriskie, for respondent.

NEWBURGER, J.  This action is brought against the defendants to recover damages by reason of the failure of defendants to carry out the terms of a contract, under which they were to give plaintiff a cargo of iron to be carried from New York city to Troy, N. Y.  The jury found for the plaintiff.  This court has held that the case was a proper one for the jury.  Hassett v. McArdle, 21 N. Y. Supp. 1040.  A careful examination of the record fails to disclose any error that would warrant us in disturbing the judgment herein.  Judgment affirmed, with costs.

---

HAY, Respondent, v. MULLER, Appellant.

(City Court of New York, General Term.  December 8, 1893.)

Action by Peter Hay against Rosalie Muller, executrix of the estate of Gustave Muller, deceased.
Argued before EHRLICH, C. J., and McCARTHY, J.

F. J. Bischoff, for appellant.
Paul Wilcox, for respondent.

EHRLICH, C. J.  The complaint sets forth a sufficient cause of action, and the proofs sufficiently established title in the plaintiff, value, demand, and refusal, before suit brought, to send the case to the jury.  They found on all the issues in favor of the plaintiff.  No error was committed to the prejudice of the defendant.  The case was fully tried, and intelligently submitted to the jury.  The judgment must be affirmed, with costs.